UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREATER NEW YORK MUTUAL INSURANCE COMPANY,

Plaintiff,

- against -

JAMES RIVER INSURANCE COMPANY,

Defendant.

26-cv-7365 (JGK)

**Order**

**John G. Koeltl, District Judge:**

The parties were ordered to submit a Rule 26(f) report by October 19, 2026. ECF No. 8. To date, the parties have failed to file a Rule 26(f) report with the Court.

The time to submit a Rule 26(f) report is extended until **November 9, 2026.**

**SO ORDERED.**

**Dated:** New York, New York
October 23, 2026

John G. Koeltl
United States District Judge